UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jolene Anderson, Candace Johnson, Kedra James, and Marrero Tenants Organization, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Housing and Urban Development and Marcia L. Fudge, Secretary of the Department of Housing and Urban Development, in her official capacity, <br><br> Defendants. | Civil Action No. 1:23-cv-01259 <br><br> ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and Local Rule 65.1(c), Plaintiffs Jolene Anderson, Candace Johnson, Kedra James, and Marrero Tenants Organization, Inc. hereby move for a preliminary injunction in this case brought under the Administrative Procedure Act ("APA"), 5 U.S.C. § 551 *et seq.*, ordering Defendants the United States Department of Housing and Urban Development ("HUD") and HUD Secretary Marcia L. Fudge to (1) rescind HUD's 2019 Notice PIH 2019-05 providing for a Streamlined Voluntary Conversion (SVC) process for public housing authorities (PHAs) with fewer than 250 units seeking to close public housing facilities; (2) enjoin HUD's approval of an application by the Housing Authority of Jefferson Parish to conduct an SVC at the Acre Road public housing development in Marrero, Louisiana.

In support of this motion, Plaintiffs submit the accompanying (1) Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Injunction; (2) the Declaration of

Hannah Adams and exhibits annexed thereto; (3) the Declaration of Justin Steil, Ph.D., and exhibits annexed thereto; (4) the Declaration of Jolene Anderson; (5) the Declaration of Candace Johnson; (6) the Declaration of Kedra James; (7) the Declaration of Marrero Tenants Organization, Inc. and exhibits annexed thereto; and (8) a proposed order.

Dated: May 3, 2023                                       Respectfully submitted,

/s/ Jehan A. Patterson

**DEBEVOISE & PLIMPTON LLP**
Jehan A. Patterson (D.C. Bar No. 1012119)
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
Telephone: (202) 383-8000
Facsimile: (212) 383-8118
Email: jpatterson@debevoise.com

Anu Chugh (N.Y. Bar No. 6023667 - AD3) *(pro hac vice application pending)*
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
Email: achugh@debevoise.com

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Thomas Silverstein (D.C. Bar No. 1552406)
Malcolm Peyton-Cook (D.C. Bar No. 90004726)
Anneke Dunbar-Gronke (D.C. Bar No. 90008670)
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
Email: tsilverstein@lawyerscommittee.org
            mpeyton-cook@lawyerscommittee.org
            adunbar-gronke@lawyerscommittee.org

**SOUTHEAST LOUISIANA LEGAL SERVICES**
Hannah Adams (L.A. Bar No. 36343) *(pro hac vice application pending)*
1340 Poydras St, #600
New Orleans, LA 70112
Telephone: (504) 529-1000
Facsimile: (504) 596-2241
Email: hadams@slls.org

2