### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

Jolene Anderson, Candace Johnson, Kedra
James, and Marrero Tenants Organization,
Inc.,

                Plaintiffs,

   v.

United States Department of Housing and
Urban Development and Marcia L. Fudge,
Secretary of the Department of Housing and
Urban Development, in her official capacity,

                Defendants.

Civil Action No. 1:23-cv-01259

### [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and upon consideration of Plaintiffs' Motion for a Preliminary Injunction and all supporting papers, Defendants' responses thereto, and any oral arguments presented, it is hereby,

ORDERED that Plaintiffs' Motion for a Preliminary Injunction is GRANTED; and it is further

ORDERED that until the claims in this lawsuit have been decided or an alternative conversion plan that complies with Defendants' obligations under the Fair Housing Act and the U.S. Housing Act of 1937 as determined by this Court or agreed to by Plaintiffs is in place, HUD's March 9, 2023 approval of the Streamlined Voluntary Conversion of the Acre Road development, and all procedures, actions, and timelines authorized in the March 9, 2023 approval letter, are enjoined from taking effect; and it is further

ORDERED that Defendants are hereby preliminarily enjoined from taking any action to further Housing Authority of Jefferson Parish's ("HAJP") implementation of the Acre Road SVC Plan, including, but not limited to:

    a.  Approving the issuance of 90-day notices to vacate to remaining Acre Road tenants;

    b.  Approving or issuing Tenant Protection Vouchers to HAJP, Jefferson Parish Housing Services Development District, or their third-party contractors for the purpose of forcing the relocation of remaining Acre Road tenants;

    c.  Communicating to remaining Acre Road residents that moving is required;

    d.  Suggesting, encouraging, or soliciting the relocation of any remaining residents of Acre Road;

    e.  Approving demolition or destruction of any structures at Acre Road; and/or

    f.  Taking any action, including approvals or disapprovals of PHA action, that would have the effect of further causing the deterioration of the site or lead to its demolition; and it is further

ORDERED that the issuance of Housing Choice Vouchers to Acre Road tenants who wish to voluntarily move pursuant to HUD's July 2021 authorization is unaffected by this order; and it is further

ORDERED that no bond shall be required pursuant to Federal Rule of Civil Procedure 65(c).

SO ORDERED.

_____
United States District Judge