**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Jolene Anderson, Candace Johnson, Kedra James, and Marrero Tenants Organization, Inc., <br><br>                Plaintiffs, <br><br>     v. <br><br> United States Department of Housing and Urban Development and Marcia L. Fudge, Secretary of the Department of Housing and Urban Development, in her official capacity, <br><br>          Defendants. | Civil Action No. 1:23-cv-01259-DLF |

**JOINT MOTION FOR LEAVE TO PRESENT REMOTE TESTIMONY AND**
**PLAINTIFFS' UNOPPOSED MOTION FOR DIVIDED ARGUMENT**

Plaintiffs, Jolene Anderson, Candace Johnson, Kedra James, and Marrero Tenants Organization, Inc., and Defendants, United States Department of Housing and Urban Development and Secretary of the Department of Housing and Urban Development, respectfully request leave from the Court to present remote witness testimony by Plaintiff Candace Johnson and Defendants' declarant, Jane Hornstein.  Ms. Johnson seeks to appear remotely because she is the sole caretaker for her child and will risk her job by taking off the requisite time to appear in person.  *See* Johnson Decl. ¶ 3.  Undersigned counsel for Defendants understands that Ms. Hornstein resides in the Chicago area.

Plaintiffs respectfully request leave from the Court for an attorney from Debevoise & Plimpton LLP and an attorney from Lawyers' Committee for Civil Rights Under Law to present arguments in support of the Plaintiffs' Motion for Preliminary Injunction (ECF 3), currently

scheduled for July 12, 2023.  Pursuant to Local Civil Rule 7(m), undersigned counsel has conferred with counsel for Defendants and Defendants do not oppose this motion.

Should the Court grant this motion, an attorney from Debevoise & Plimpton LLP would present arguments addressing Plaintiffs' likelihood of success on their claims that Defendants have violated sections 553(b) and 706(2)(A) of the Administrative Procedure Act ("APA") in promulgating PIH Notice 2019-05 (HA), *see* Counts I and II of the Complaint, as well as arguments demonstrating that Plaintiffs will suffer irreparable harm in the absence of a preliminary injunction and that the balance of equities favors Plaintiffs.  An attorney from Lawyers' Committee for Civil Rights Under Law would present arguments addressing Defendants' violation of the APA, sections 706(2)(A) and 706(2)(C), for their failure to comply with the requirements of the Fair Housing Act, *see* Counts II-IV of the Complaint.

Dated: June 30, 2023                              Respectfully submitted,


MATTHEW M. GRAVES,                    /s/ Jehan A. Patterson
D.C. Bar #481052                              **DEBEVOISE & PLIMPTON LLP**
United States Attorney                        Jehan A. Patterson (D.C. Bar No. 1012119)
                                              Caroline Grueskin (D.C. Bar No. 90006625)
BRIAN P. HUDAK                                801 Pennsylvania Avenue N.W., Suite 500
Chief, Civil Division                         Washington, D.C. 20004
                                              Telephone: (202) 383-8000
By:  /s/ Sian Jones                           Facsimile: (212) 383-8118
SIAN JONES, D.C. Bar No. 1024062                   Email: jpatterson@debevoise.com
Assistant United States Attorney                      cgrueskin@debevoise.com
601 D Street NW
Washington, DC 20530                          Anu Chugh (N.Y. Bar No. 6023667 - AD3)
(202) 252-2578                                    (*pro hac vice*)
Sian.Jones@usdoj.gov                          66 Hudson Boulevard
                                              New York, NY 10001
*Attorneys for the United States of America*  Telephone: (212) 909-6000
                                              Facsimile: (212) 909-6836

2

Email: achugh@debevoise.com

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
Thomas Silverstein (D.C. Bar No. 1552406)
Anneke Dunbar-Gronke (D.C. Bar No. 90008670)
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
Email: tsilverstein@lawyerscommittee.org
        adunbar-gronke@lawyerscommittee.org

**SOUTHEAST LOUISIANA LEGAL SERVICES**
Hannah Adams (L.A. Bar No. 36343) (*pro hac vice*)
1340 Poydras St, #600
New Orleans, LA 70112
Telephone: (504) 529-1000 x. 258
Facsimile: (504) 596-2241
Email: hadams@slls.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, a copy of the foregoing Joint Motion for Leave to Present Remote Testimony and Plaintiffs' Unopposed Motion for Divided Argument was filed electronically. Notice of this filing will be sent by operation of the Court's CM/ECF filing system to all parties indicated on the electronic filing receipt.

/s/ Jehan A. Patterson

Jehan A. Patterson (D.C. Bar No. 1012119)
801 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20004
Telephone: (202) 383-8000
Facsimile: (212) 383-8118
Email: jpatterson@debevoise.com