UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Jolene Anderson,<br>1614 Betty Street,<br>Marrero, LA 70072<br><br>Candace Johnson,<br>1612 Julie Street,<br>Marrero, LA 70072<br><br>Kedra James,<br>1704 Julie Street,<br>Marrero, LA 70072, and<br><br>Marrero Tenants Organization, Inc.,<br>1731 Betty Street,<br>Marrero, LA 70072<br><br>                Plaintiffs,<br><br>    v.<br><br>United States Department of Housing and<br>Urban Development,<br>451 7th Street, S.W.,<br>Washington, D.C. 20410, and<br><br>Marcia L. Fudge, Secretary of the Department<br>of Housing and Urban Development, in her<br>official capacity,<br>451 7th Street, S.W.,<br>Washington, D.C. 20410<br><br>                Defendants. | Civil Action No. 1:23-cv-01259 |

**<u>NOTICE TO WITHDRAW ANNEKE DUNBAR-GRONKE AS COUNSEL ON BEHALF OF PLAINTIFFS</u>**

      In accordance with LCvR 83.6(b), Anneke Dunbar-Gronke respectfully requests that this court withdraw his appearance as counsel for Plaintiffs. As of July 14, 2023, they will no longer be with the Lawyers' Committee for Civil Rights under Law. In

connection with the withdrawal, the clerk is requested to remove the name of Anneke Dunbar-Gronke from the docket and service list.

Plaintiffs will continue to be represented by: Jehan A. Patterson, Anu Chugh and Caroline Grueskin of Debevoise & Plimpton LLP; Thomas Silverstein and Sophia Jayanty of Lawyers' Committee for Civil Rights under Law; and Hannah Adams of Southeast Louisiana Legal Services. Accordingly, Plaintiffs will not be prejudiced by the withdrawal and have consented to withdrawal.

Respectfully submitted,
Dated: July 13, 2023

/s/
Anneke Dunbar-Gronke (D.C. Bar No. 90008670)
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8317
Facsimile: (202) 783-0857
Email: adunbar-gronke@lawyerscommittee.org
*Attorney for Plaintiffs*

/s/   Jolene Anderson
Jolene Anderson
*Plaintiff*

/s/   Candace Johnson
Candace Johnson
*Plaintiff*

/s/   Kedra James
Kedra James
*Plaintiff*

/s/   Darin Collins
Marrero Tenants Organization, Inc.
*Plaintiff*