UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOLENE ANDERSON, *et al.*,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, *et al.*,

    *Defendants*.

No. 23-cv-1259 (DLF)

## ORDER

For the reasons given in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motion for Summary Judgment, Dkt. 42, is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that the plaintiffs' Motion for Summary Judgment, Dkt. 45, is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that Counts I and II of the plaintiffs' Amended Complaint, Dkt. 57-1, are **DISMISSED** without prejudice as moot. It is further

**ORDERED** that judgment is **ENTERED** for the plaintiffs and against the defendants on Count III of the plaintiffs' Amended Complaint. It is further

**ORDERED** that judgment is **ENTERED** for the defendants and against the plaintiffs on Count IV of the plaintiffs' Amended Complaint.[1] It is further

---

[1] The Court construes Count III of the plaintiffs' Amended Complaint to allege that the defendants' approval of Acre Road's conversion application was arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law under (among other things) 42 U.S.C. §§ 1437t and 3604. It construes Count IV of the Amended Complaint to allege that the

**ORDERED** that the defendants' March 9, 2023 decision approving the Housing Authority of Jefferson Parish's conversion application for the Acre Road housing project is **VACATED**. It is further

**ORDERED** that this matter is **REMANDED** to the United States Department of Housing and Urban Development for further proceedings consistent with the accompanying Memorandum Opinion.

**SO ORDERED.**

April 19, 2024

DABNEY L. FRIEDRICH
United States District Judge

---

defendants' approval of Acre Road's conversion application was in excess of their statutory authority under 42 U.S.C. § 3608. *See* Mem. Op. at 16–37 & nn.2, 4.